IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABRAHIM FATA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-4862** |
| | : | |
| **JACQUELINE AMANTINE,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 20 day of May, 2025, upon consideration of Abrahim Fata's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), "Motion to Enforce 18 USCS § 1514 Civil Action to Restrain Harassment of a Victim or Witness" (ECF No. 3), "Motion to Immediately Place an Injunction and Restraining Permanent Order" (ECF No. 11), Motion for Sanctions (ECF No. 13), Motion for Judgment (ECF No. 15), and Motion for Contempt of Court (ECF No. 18), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Abrahim Fata, # 193200, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Lehigh County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Fata's inmate account; or (b) the average monthly balance in Fata's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Fata's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the

Clerk of Court equaling 20% of the preceding month's income credited to Fata's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Lehigh County Jail.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. All claims raised on behalf of anyone other than Fata are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

    b. All claims based on Fata's allegations of a vast conspiracy are **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

    c. All federal constitutional claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    d. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6. Fata's "Motion to Enforce 18 USCS § 1514 Civil Action to Restrain Harassment of a Victim or Witness" (ECF No. 3), "Motion to Immediately Place an Injunction and Restraining Permanent Order" (ECF No. 11), Motion for Sanctions (ECF No. 13), Motion for Judgment (ECF No. 15), and Motion for Contempt of Court (ECF No. 18) are **DENIED**.

7. The Clerk of Court shall **CLOSE** this case.

                                                      **BY THE COURT:**

                                                      */s/ Mitchell S. Goldberg*
                                                      **MITCHELL S. GOLDBERG, J.**